AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

DEC 16 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Gomez
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Timothy Litzenburg<br><br>Defendant(s) | Case No. 3:19-mj-00069 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 2019 - November 2019** in the county of **Albemarle** in the **Western District** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(d) | Transmission of interstate communications with intent to extort |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1951 | Attempted Extortion |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Towers, Postal Inspector (USPIS)
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/16/19

City and state: Charlottesville, VA

_____
Judge's signature

Honorable Joel C. Hoppe, U.S. Magistrate Judge
Printed name and title