IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE,
BOND/DETENTION HEARING

Case No.: 3:19MJ00069                                    Date: 12/17/2019

| Defendants: | Counsel: |
|---|---|
| Timothy Litzenburg (Custody) | None present |

PRESENT:  JUDGE:            Joel C. Hoppe, USMJ          TIME IN COURT: 3:30-4:04=34 min
          Deputy Clerk:     Heidi N. Wheeler
          Court Reporter:   H. Wheeler/FTR
          U. S. Attorney:   Rush Atkinson
          USPO:             Brittany Warren
          Case Agent:       Kevin Towers
          Interpreter:

### INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Government moves to unseal case. Court grants motion.
☒ Defendant will retain counsel prior to defendant's next scheduled court appearance.
☒ Bond hearing held. Defendant released on $20,000 unsecured bond with conditions.
☒ Government does not oppose bond.
☒ Deft. notified of right to consular notification under the Vienna Convention.
☒ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.
☒ Defendant(s) released on bond.

Additional Information:
Attorney Status Hearing set for 12/23/2019 at 10:00 a.m.

Preliminary Hearing set for 12/30/2019 at 10:30 a.m.