CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 0 8 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:19-mj-69 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMOTHY LITZENBURG, | ) | By: Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |

Pending before the Court is the Joint Motion to Extend Time for Indictment ("Motion"). ECF No. 21. In the Motion, the parties ask the Court to extend the time for the court to hold a preliminary hearing, which was scheduled for January 6, 2020, by thirty days, *see* Fed. R. Civ. P. 5.1, and to extend the time for indictment by sixty days, *see* 18 U.S.C. § 3161(b) (requiring an indictment be filed within thirty days after an individual is arrested on a criminal complaint). As grounds for the extensions, counsel for the Defendant and the Government assert that the parties are exploring a pre-indictment disposition and that counsel for the defendant requires additional time to evaluate the evidence to determine whether such a disposition is feasible and to prepare for a preliminary hearing.

Upon consideration of the Motion, I find that the defendant consents to extending the time to hold a preliminary hearing and that the Motion shows good cause for the extension. Furthermore, I find that failing to grant the extension of time to indict would deny the Defendant and the Government the time reasonably necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, it is hereby

ORDERED

that the Motion, ECF No. 21, is GRANTED. The time for holding a preliminary hearing is extended by thirty days. Fed. R. Civ. P. 5.1(d). Additionally, the time for filing an indictment in this case is extended from until February 14, 2020, and the additional time resulting from the

extension shall be excluded in computing the time within which an indictment must be filed under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

ENTER: January 7, 2020

Joel C. Hoppe
United States Magistrate Judge